**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MATTHEW ADAMS,                              *

    **Plaintiff/Counter-Defendant,**          *

v.                                         *        **Civil Action No. 1:25-cv-01949-TNM**

**FORT MYER CONSTRUCTION**                 *
**CORPORATION,**
                                           *
**Defendant/Counter-Plaintiff.**

---

### JOINT PROPOSED SCHEDULING ORDER

Upon consideration of the parties' Joint Statement Report (ECF No. __), it is

hereby ORDERED that the following schedule shall govern proceedings in this case:

Rule 26(a)(1) Initial Disclosures: **May 22, 2026**

Joinder of Additional Parties: **May 29, 2026**

Plaintiff/Counter-Plaintiff Rule 26(a)(2)(B) Expert Disclosure: **June 29, 2026**

Amendment of Pleadings: **June 12, 2026**

Defendant/Counter-Defendant Rule 26(a)(2)(B) Expert Disclosure: **August 17, 2026**

Close of Discovery: **November 2, 2026**[1]

Post-discovery Status Conference: (TBD-subject to Court's availability)

Dispositive Motions: **January 19, 2027**

ENTERED this ___ day of _____, 2026

                                  _____
                                  Judge Trevor N. McFadden
                                  United States District Judge

---

[1] Discovery of facts relevant to all claims, counterclaims, and defenses will commence immediately and must conclude by November 2, 2026.